**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Maurice GREGORY, Defendant— Appellant.**

No. 05–6502.

United States Court of Appeals, Fourth Circuit.

Submitted June 23, 2005.

Decided July 1, 2005.

Maurice Gregory, Appellant pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Maurice Gregory appeals the district court's order denying his motion to compel the Government to file a Rule 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Gregory,* No. CR–92–163–N (E.D.Va. Mar. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*